IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TINA MONTGOMERY
and KAREN JOHNSON                                                                    PLAINTIFFS

v.                              Case No. 4:14-cv-00117-KGB

ERRIN O'CONNOR                                                                       DEFENDANT

## ORDER

Before the Court is plaintiffs' motion to dismiss this action (Dkt. No. 17). Plaintiffs request that the Court dismiss this action in accordance with the terms of their settlement agreement with defendant. The parties have filed various status reports indicating they agree that the Court should dismiss with prejudice this action (Dkt. Nos. 13-15). Accordingly, the Court grants plaintiffs' motion to dismiss (Dkt. No. 17) and hereby dismisses with prejudice this action.

SO ORDERED this 11th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE